**CT Corporation**

**Service of Process Transmittal**
08/06/2015
CT Log Number 527595179

**TO:** Jennifer Lauro
The Hanover Insurance Group
440 Lincoln St, N-430
Worcester, MA 01653-0002

**RE:** Process Served in Texas

**FOR:** THE HANOVER INSURANCE COMPANY (Domestic State: NH)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Red Armadillo, Ltd, Pltf. vs. The Hanover Insurance Company, Dft. |
| **DOCUMENT(S) SERVED:** | Attachment(s), Notice(s), Return, Petition |
| **COURT/AGENCY:** | 104th Judicial District Court, Taylor County, TX<br>Case # 26344B |
| **NATURE OF ACTION:** | Insurance Litigation - Claim for policy benefits |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 08/06/2015 postmarked on 08/03/2015 |
| **JURISDICTION SERVED:** | Texas |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | Erick B. Dick, LL.M.<br>Dick Law Firm, PLLC<br>3701 Brookwoods<br>Houston, TX 77092<br>832-207-2007 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/06/2015, Expected Purge Date: 08/11/2015<br>Image SOP<br>Email Notification, Service of Process ogclitmail@hanover.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201 |
| **TELEPHONE:** | 214-932-3601 |

Page 1 of 1 / MP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.


EXHIBIT B



**CERTIFIED MAIL**

7015 0920 0001 6945 4177

$8.11 062S0008330228
US POSTAGE  FIRST-CLASS MAIL  FROM 77092

**1**

stamps.com
08/03/2015

# USPS FIRST CLASS MAIL®

TIM MULLINAX
PROCESS SERVER
3701 BROOKWOODS DR
HOUSTON, TX 77092

SHIP TO:  THE HANOVER INS. CO.
C/O CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201-3140

**TIM MULLINAX, PRIVATE PROCESS SERVER**
**P.O. BOX 920569**
**HOUSTON, TEXAS 77292-0569**
**(713) 815-1054**

**DATE:**      AUGUST 3, 2015

**TO:**      THE HANOVER INS. CO.
            C/O CT CORPORATION SYSTEM
            1999 BRYAN ST., STE 900
            DALLAS, TX 75201-3140

**RE:   CITATION ISSUED BY      DICK LAW FIRM, ERIC B. DICK, ATTORNEY AT
        LAW**

Please find enclosed attached CITATION executed by CERTIFIED MAIL

**CERTIFIED MAIL RECEIPT #      7015 0920 0001 6945 4177**
**Tim Mullinax,**
**Process Server #9993**
**Expiration 10/31/2015**

# THE STATE OF TEXAS
## Case No. 26344-B

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

**TO: The Hanover Insurance Company by serving its attorney for service C T Corporation System 1999 Bryan Street Ste 900 Dallas TX 75201-3136**

**Defendant, GREETINGS:**

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 104th District Court of Taylor County, Texas, at the Courthouse of said County in Abilene, Texas.

Said Plaintiff's Petition was filed in said Court, by Eric B. Dick, 3701 Brookwoods Dr Houston TX 77092 on May 11, 2015 in this case, numbered **26344-B** on the docket of said court, and styled,

**RED ARMADILLO, LTD V. THE HANOVER INSURANCE COMPANY**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

Issued and given under my hand and the seal of said Court at Abilene, Texas, on this the 21st day of July, 2015.

Attached Per Request of Attorney:

Clerk's Name and Address:
Patricia Henderson, District Clerk
Taylor County Courthouse
Suite 400
Abilene, Texas 79602

By _____, Deputy
Ashlee Stewart

## RETURN OF SERVICE

26344-B          104th District Court
Red Armadillo, Ltd v. The Hanover Insurance Company
Executed when copy is delivered:
This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of _____, 20____.

_____, Officer

_____ County, Texas

By: _____, Deputy

ADDRESS FOR SERVICE:
**The Hanover Insurance Company by serving its attorney for service  C T Corporation System  1999 Bryan Street Ste 900  Dallas TX 75201-3136**

### OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____, at _____, o'clock _____.m., and executed in _____ County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the Plaintiff's Original Petition at the following times and places, to-wit:

Name            Date/Time        Place, Course and Distance from Courthouse
_____   _____    _____

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:
_____

and the cause or failure to execute this process is:
_____

and the information received as to the whereabouts of said defendant(s) being:
_____

FEES:
Serving Petition and Copy $_____
Total                     $_____

_____, Officer
_____ County, Texas

By: _____, Deputy

_____
Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under penalty of perjury and contain the following statement:
"My name is _____, my date of birth is _____, and my address is _____.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____ day of _____.

_____
Declarant/Authorized Process Server

_____
(Id # & expiration of certification)