**InsuranceBusters.net**

902 51st
Galveston, Texas 77551
(877) 41-2BUST

| | | | |
|---|---|---|---|
| Client: | Red Armadillo LTD (Dr. J's North) | Home: | (325) 669-9569 |
| Property: | 1630-1648 SH 351 | | |
| | Abilene, TX 79601 | | |

Operator: CALSPOON

| | | | |
|---|---|---|---|
| Estimator: | Cal Spoon | Cellular: | (432) 349-6631 |
| Business: | 902 51st Street | E-mail: | calspoon@insurancebusters.net |
| | Galveston, TX 77551 | | |

| | | | |
|---|---|---|---|
| Type of Estimate: | Hail | | |
| Date Entered: | 12/18/2014 | Date Assigned: | |

| | |
|---|---|
| Price List: | TXAB8X_DEC14 |
| Labor Efficiency: | Restoration/Service/Remodel |
| Estimate: | IBN_RED_ARMA_NORTH |
| File Number: | 00073-14 |

Claim # 1534881801

Policy # OLD 2833876

Please see the attached revised scope for the above mentioned claim #.

I look forward to working with you.

Thank you,

Cal Spoon



EXHIBIT D



**InsuranceBusters.net**

902 51st
Galveston, Texas 77551
(877) 41-2BUST

## IBN_RED_ARMA_NORTH

**IBN_RED_ARMA_NORTH**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1. Telehandler/forklift (per week) - no operator | 8.00 WK | 0.00 | 795.00 | 0.00 | 1,908.00 | 8,268.00 |
| 2. Equipment Operator - per hour | 120.00 HR | 0.00 | 43.13 | 0.00 | 1,552.68 | 6,728.28 |
| 3. Fall protection harness and lanyard - per week | 40.00 WK | 0.00 | 22.00 | 0.00 | 264.00 | 1,144.00 |
| Fall protection harness and lanyard for 10 workers for 2 weeks. This includes roofers, HVAC technicians, electricians ect. that will be needed to complete the job. | | | | | | |
| 4. On-Site Evaluation and/or Supervisor/Admin - per hour | 60.00 HR | 0.00 | 44.73 | 287.83 | 805.14 | 3,776.77 |
| Labor is to analyze, design and install a fall protection system following OSHA guidelines from the "Fall Protection for the Construction Industry, Code of Federal Regulations 1926, Subpart M." | | | | | | |
| 5. Rigger - per hour | 48.00 EA | 0.00 | 72.35 | 0.00 | 1,041.84 | 4,514.64 |
| Labor to install and remove fall protection life lines and anchors | | | | | | |
| 6. Job-site cargo/storage container - 20' long - per month | 2.00 MO | 0.00 | 87.83 | 14.49 | 57.04 | 247.19 |
| 2 containers 3 months | | | | | | |
| 7. Job-site cargo container - pick up/del. (each way) 16'-40' | 4.00 EA | 0.00 | 99.40 | 32.80 | 129.12 | 559.52 |
| 2 containers pick up and delivery. | | | | | | |
| 8. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 415.71 | 0.00 | 0.00 | 124.72 | 540.43 |
| Total: IBN_RED_ARMA_NORTH | | | | 335.12 | 5,882.54 | 25,778.83 |

## Main Level

**Main Level**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 9. Remove Heating and cooling unit - 5 ton, 140 MBH | 9.00 EA | 368.98 | 0.00 | 0.00 | 996.24 | 4,317.06 |
| 10. (Install) Heating and cooling unit - 5 ton, 140 MBH | 9.00 EA | 0.00 | 3,333.34 | 0.00 | 9,000.02 | 39,000.08 |
| 11. Crane and operator - 14 ton capacity - 65' extension boom | 24.00 HR | 0.00 | 87.18 | 0.00 | 627.70 | 2,720.02 |
| The crane is strictly for use on Detaching and resetting the HVAC Units. | | | | | | |
| 12. Natural gas service line | 30.00 LF | 0.00 | 10.50 | 0.00 | 94.50 | 409.50 |
| 13. Electrician - per hour | 20.00 HR | 0.00 | 65.19 | 0.00 | 391.14 | 1,694.94 |
| To remove electrical during roof replacement, then re-install. | | | | | | |
| 14. Heat, Vent, & Air Conditioning (Bid Item) | 9.00 EA | 0.00 | 1,500.00 | 0.00 | 4,050.00 | 17,550.00 |
| These items are added to replace the shells of every unit out there. There are massive dents and already signs of watermarks where the water is puddling in those areas. | | | | | | |

**InsuranceBusters.net**

902 51st
Galveston, Texas 77551
(877) 41-2BUST

## CONTINUED - Main Level

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Total: Main Level | | | | 0.00 | 15,159.60 | 65,691.60 |

### Main Roof

Main Roof
F1

15,021.32 Surface Area          150.21 Number of Squares
550.21 Total Perimeter Length

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 15. R&R Flashing - pipe jack - lead | 20.00 EA | 4.57 | 57.89 | 56.50 | 391.72 | 1,697.42 |
| There are 11 actual boots, then there are 9 penetrations to the roof where the HVAC units are connected, making it 20.. | | | | | | |
| 16. R&R Gravity roof ventilator - 18" | 2.00 EA | 5.84 | 258.17 | 33.87 | 168.56 | 730.45 |
| 17. Remove Insulation - ISO board, 2" | 150.21 SQ | 26.27 | 0.00 | 0.00 | 1,183.80 | 5,129.82 |
| 18. Insulation - ISO board, 2" | 165.23 SQ | 0.00 | 238.36 | 1,264.73 | 12,194.68 | 52,843.63 |
| 19. R&R Cap flashing - large | 550.21 LF | 0.39 | 22.43 | 733.99 | 3,986.94 | 17,276.72 |
| 20. Remove Tear off, haul and dispose of gravel ballast | 150.21 SQ | 51.62 | 0.00 | 0.00 | 2,326.16 | 10,080.00 |
| 21. Built-up roofing - gravel ballast | 165.23 SQ | 0.00 | 31.00 | 184.03 | 1,591.84 | 6,898.00 |
| 22. Roof drain system - (per SF roof) | 15,021.32 SF | 0.00 | 0.34 | 247.85 | 1,606.54 | 6,961.64 |
| 23. Remove Metal decking, 1 1/2" 16 gauge galvanized - 'B' | 15,021.32 SF | 2.18 | 0.00 | 0.00 | 9,823.94 | 42,570.42 |
| 24. Metal decking, 1 1/2" 16 gauge galvanized - 'B' | 16,523.45 SF | 0.00 | 5.66 | 4,443.98 | 29,390.02 | 127,356.73 |
| 25. R&R Flash parapet wall only - PVC/TPO | 550.21 LF | 1.30 | 14.23 | 197.00 | 2,622.52 | 11,364.28 |
| 26. Retrofit curb - extra large | 9.00 EA | 0.00 | 3,959.20 | 2,732.40 | 11,509.56 | 49,874.76 |
| 27. Remove Additional charge for high roof (2 stories or greater) | 150.21 SQ | 3.43 | 0.00 | 0.00 | 154.56 | 669.78 |
| 28. Additional charge for high roof (2 stories or greater) | 165.23 SQ | 0.00 | 14.63 | 0.00 | 725.20 | 3,142.51 |
| 29. Remove Tear off, haul and dispose of modified bitumen roofing | 180.26 SQ | 36.16 | 0.00 | 0.00 | 1,955.46 | 8,473.66 |
| Includes additional material included with parapet. | | | | | | |
| 30. R&R Modified bitumen roof - cold adhesive application | 195.28 SQ | 36.16 | 291.30 | 1,839.83 | 19,735.86 | 85,522.07 |
| Parapets are currently approximately 2'6" above existing roof. 20% has been added to cover this and the standard 10% waste factor, totaling the 30%. | | | | | | |
| 31. Digital satellite system - Detach & reset | 7.00 EA | 0.00 | 21.93 | 0.00 | 46.06 | 199.57 |

IBN_RED_ARMA_NORTH                                                  12/18/2014                    Page: 3

**InsuranceBusters.net**

902 51st
Galveston, Texas 77551
(877) 41-2BUST

### CONTINUED - Main Roof

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 32. Digital satellite system - alignment and calibration only | 7.00 EA | 0.00 | 65.82 | 0.00 | 138.22 | 598.96 |
| Totals: Main Roof | | | | 11,734.18 | 99,551.64 | 431,390.42 |

### Flat Metal Awning



209.62 Surface Area
68.12 Total Perimeter Length

2.10 Number of Squares

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 33. Remove Standing seam metal roofing | 209.62 SF | 0.33 | 0.00 | 0.00 | 20.76 | 89.93 |
| 34. Standing seam metal roofing | 230.58 SF | 0.00 | 4.86 | 39.57 | 348.06 | 1,508.25 |
| 35. Remove Wall/roof panel - corrugated - 26 gauge | 209.62 SF | 0.33 | 0.00 | 0.00 | 20.76 | 89.93 |
| 36. Wall/roof panel - corrugated - 26 gauge | 230.58 SF | 0.00 | 2.73 | 21.50 | 195.30 | 846.28 |
| 37. Prime & paint metal roofing | 209.62 SF | 0.00 | 0.60 | 3.80 | 38.88 | 168.45 |
| Corrugated is painted blue to match the standing seam, and is installed as a soffit. | | | | | | |
| 38. Painting (Prep, Prime and Paint Steel Supports and structure @ Metal Roof) | 1.00 EA | 0.00 | 1,000.00 | 0.00 | 300.00 | 1,300.00 |
| 39. Mask and prep for paint - plastic, paper, tape (per LF) | 120.00 LF | 0.00 | 0.87 | 2.18 | 31.98 | 138.56 |
| 40. Remove Additional charge for high roof (2 stories or greater) | 2.10 SQ | 3.43 | 0.00 | 0.00 | 2.16 | 9.36 |
| 41. Additional charge for high roof (2 stories or greater) | 2.31 SQ | 0.00 | 14.63 | 0.00 | 10.14 | 43.94 |
| Totals: Flat Metal Awning | | | | 67.05 | 968.04 | 4,194.70 |



**InsuranceBusters.net**

902 51st
Galveston, Texas 77551
(877) 41-2BUST

### Flat Metal 1

209.62 Surface Area     2.10 Number of Squares
68.12 Total Perimeter Length

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 42. Remove Standing seam metal roofing | 209.62 SF | 0.33 | 0.00 | 0.00 | 20.76 | 89.93 |
| 43. Standing seam metal roofing | 230.58 SF | 0.00 | 4.86 | 39.57 | 348.06 | 1,508.25 |
| 44. Remove Wall/roof panel - corrugated - 26 gauge | 209.62 SF | 0.33 | 0.00 | 0.00 | 20.76 | 89.93 |
| 45. Wall/roof panel - corrugated - 26 gauge | 230.58 SF | 0.00 | 2.73 | 21.50 | 195.30 | 846.28 |
| 46. Prime & paint metal roofing | 209.62 SF | 0.00 | 0.60 | 3.80 | 38.88 | 168.45 |
| Corrugated is painted blue to match the standing seam, and is installed as a soffit. | | | | | | |
| 47. Painting (Prep, Prime and Paint Steel Supports and structure @ Metal Roof) | 1.00 EA | 0.00 | 1,000.00 | 0.00 | 300.00 | 1,300.00 |
| 48. Mask and prep for paint - plastic, paper, tape (per LF) | 120.00 LF | 0.00 | 0.87 | 2.18 | 31.98 | 138.56 |
| 49. Remove Additional charge for high roof (2 stories or greater) | 2.10 SQ | 3.43 | 0.00 | 0.00 | 2.16 | 9.36 |
| 50. Additional charge for high roof (2 stories or greater) | 2.31 SQ | 0.00 | 14.63 | 0.00 | 10.14 | 43.94 |
| Totals: Flat Metal 1 | | | | 67.05 | 968.04 | 4,194.70 |

### Flat Metal 2



209.62 Surface Area     2.10 Number of Squares
68.12 Total Perimeter Length

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 51. Remove Standing seam metal roofing | 209.62 SF | 0.33 | 0.00 | 0.00 | 20.76 | 89.93 |
| 52. Standing seam metal roofing | 230.58 SF | 0.00 | 4.86 | 39.57 | 348.06 | 1,508.25 |
| 53. Remove Wall/roof panel - corrugated - 26 gauge | 209.62 SF | 0.33 | 0.00 | 0.00 | 20.76 | 89.93 |

IBN_RED_ARMA_NORTH     12/18/2014     Page: 5

**InsuranceBusters.net**

902 51st
Galveston, Texas 77551
(877) 41-2BUST

### CONTINUED - Flat Metal 2

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 54. Wall/roof panel - corrugated - 26 gauge | 230.58 SF | 0.00 | 2.73 | 21.50 | 195.30 | 846.28 |
| 55. Prime & paint metal roofing | 209.62 SF | 0.00 | 0.60 | 3.80 | 38.88 | 168.45 |
| Corrugated is painted blue to match the standing seam, and is installed as a soffit. | | | | | | |
| 56. Painting (Prep, Prime and Paint Steel Supports and structure @ Metal Roof) | 1.00 EA | 0.00 | 1,000.00 | 0.00 | 300.00 | 1,300.00 |
| 57. Mask and prep for paint - plastic, paper, tape (per LF) | 120.00 LF | 0.00 | 0.87 | 2.18 | 31.98 | 138.56 |
| 58. Remove Additional charge for high roof (2 stories or greater) | 2.10 SQ | 3.43 | 0.00 | 0.00 | 2.16 | 9.36 |
| 59. Additional charge for high roof (2 stories or greater) | 2.31 SQ | 0.00 | 14.63 | 0.00 | 10.14 | 43.94 |
| Totals: Flat Metal 2 | | | | 67.05 | 968.04 | 4,194.70 |

### Flat Metal 3



209.62  Surface Area          2.10  Number of Squares
68.12   Total Perimeter Length

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 60. Remove Standing seam metal roofing | 209.62 SF | 0.33 | 0.00 | 0.00 | 20.76 | 89.93 |
| 61. Standing seam metal roofing | 230.58 SF | 0.00 | 4.86 | 39.57 | 348.06 | 1,508.25 |
| 62. Remove Wall/roof panel - corrugated - 26 gauge | 209.62 SF | 0.33 | 0.00 | 0.00 | 20.76 | 89.93 |
| 63. Wall/roof panel - corrugated - 26 gauge | 230.58 SF | 0.00 | 2.73 | 21.50 | 195.30 | 846.28 |
| 64. Prime & paint metal roofing | 209.62 SF | 0.00 | 0.60 | 3.80 | 38.88 | 168.45 |
| Corrugated is painted blue to match the standing seam, and is installed as a soffit. | | | | | | |
| 65. Painting (Prep, Prime and Paint Steel Supports and structure @ Metal Roof) | 1.00 EA | 0.00 | 1,000.00 | 0.00 | 300.00 | 1,300.00 |
| 66. Mask and prep for paint - plastic, paper, tape (per LF) | 120.00 LF | 0.00 | 0.87 | 2.18 | 31.98 | 138.56 |
| 67. Remove Additional charge for high roof (2 stories or greater) | 2.10 SQ | 3.43 | 0.00 | 0.00 | 2.16 | 9.36 |
| 68. Additional charge for high roof (2 stories or greater) | 2.31 SQ | 0.00 | 14.63 | 0.00 | 10.14 | 43.94 |



**InsuranceBusters.net**

902 51st
Galveston, Texas 77551
(877) 41-2BUST

### CONTINUED - Flat Metal 3

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Totals: Flat Metal 3 | | | | 67.05 | 968.04 | 4,194.70 |

**Flat Metal 4**

209.62 Surface Area  2.10 Number of Squares
68.12 Total Perimeter Length

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 69. Remove Standing seam metal roofing | 209.62 SF | 0.33 | 0.00 | 0.00 | 20.76 | 89.93 |
| 70. Standing seam metal roofing | 230.58 SF | 0.00 | 4.86 | 39.57 | 348.06 | 1,508.25 |
| 71. Remove Wall/roof panel - corrugated - 26 gauge | 209.62 SF | 0.33 | 0.00 | 0.00 | 20.76 | 89.93 |
| 72. Wall/roof panel - corrugated - 26 gauge | 230.58 SF | 0.00 | 2.73 | 21.50 | 195.30 | 846.28 |
| 73. Prime & paint metal roofing | 209.62 SF | 0.00 | 0.60 | 3.80 | 38.88 | 168.45 |
| Corrugated is painted blue to match the standing seam, and is installed as a soffit. | | | | | | |
| 74. Painting (Prep, Prime and Paint Steel Supports and structure @ Metal Roof) | 1.00 EA | 0.00 | 1,000.00 | 0.00 | 300.00 | 1,300.00 |
| 75. Mask and prep for paint - plastic, paper, tape (per LF) | 120.00 LF | 0.00 | 0.87 | 2.18 | 31.98 | 138.56 |
| 76. Remove Additional charge for high roof (2 stories or greater) | 2.10 SQ | 3.43 | 0.00 | 0.00 | 2.16 | 9.36 |
| 77. Additional charge for high roof (2 stories or greater) | 2.31 SQ | 0.00 | 14.63 | 0.00 | 10.14 | 43.94 |
| Totals: Flat Metal 4 | | | | 67.05 | 968.04 | 4,194.70 |

**Flat Metal 5**

209.62 Surface Area  2.10 Number of Squares
68.12 Total Perimeter Length



| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|

**InsuranceBusters.net**

902 51st
Galveston, Texas 77551
(877) 41-2BUST

### CONTINUED - Flat Metal 5

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 78. Remove Standing seam metal roofing | 209.62 SF | 0.33 | 0.00 | 0.00 | 20.76 | 89.93 |
| 79. Standing seam metal roofing | 230.58 SF | 0.00 | 4.86 | 39.57 | 348.06 | 1,508.25 |
| 80. Remove Wall/roof panel - corrugated - 26 gauge | 209.62 SF | 0.33 | 0.00 | 0.00 | 20.76 | 89.93 |
| 81. Wall/roof panel - corrugated - 26 gauge | 230.58 SF | 0.00 | 2.73 | 21.50 | 195.30 | 846.28 |
| 82. Prime & paint metal roofing | 209.62 SF | 0.00 | 0.60 | 3.80 | 38.88 | 168.45 |
| Corrugated is painted blue to match the standing seam, and is installed as a soffit. | | | | | | |
| 83. Painting (Prep, Prime and Paint Steel Supports and structure @ Metal Roof) | 1.00 EA | 0.00 | 1,000.00 | 0.00 | 300.00 | 1,300.00 |
| 84. Mask and prep for paint - plastic, paper, tape (per LF) | 120.00 LF | 0.00 | 0.87 | 2.18 | 31.98 | 138.56 |
| 85. Remove Additional charge for high roof (2 stories or greater) | 2.10 SQ | 3.43 | 0.00 | 0.00 | 2.16 | 9.36 |
| 86. Additional charge for high roof (2 stories or greater) | 2.31 SQ | 0.00 | 14.63 | 0.00 | 10.14 | 43.94 |
| Totals: Flat Metal 5 | | | | 67.05 | 968.04 | 4,194.70 |

### Flat Metal 6



209.62 Surface Area
68.12 Total Perimeter Length

2.10 Number of Squares

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 87. Remove Standing seam metal roofing | 209.62 SF | 0.33 | 0.00 | 0.00 | 20.76 | 89.93 |
| 88. Standing seam metal roofing | 230.58 SF | 0.00 | 4.86 | 39.57 | 348.06 | 1,508.25 |
| 89. Remove Wall/roof panel - corrugated - 26 gauge | 209.62 SF | 0.33 | 0.00 | 0.00 | 20.76 | 89.93 |
| 90. Wall/roof panel - corrugated - 26 gauge | 230.58 SF | 0.00 | 2.73 | 21.50 | 195.30 | 846.28 |
| 91. Prime & paint metal roofing | 209.62 SF | 0.00 | 0.60 | 3.80 | 38.88 | 168.45 |
| Corrugated is painted blue to match the standing seam, and is installed as a soffit. | | | | | | |
| 92. Painting (Prep, Prime and Paint Steel Supports and structure @ Metal Roof) | 1.00 EA | 0.00 | 1,000.00 | 0.00 | 300.00 | 1,300.00 |

**InsuranceBusters.net**

902 51st
Galveston, Texas 77551
(877) 41-2BUST

### CONTINUED - Flat Metal 6

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 93. Mask and prep for paint - plastic, paper, tape (per LF) | 120.00 LF | 0.00 | 0.87 | 2.18 | 31.98 | 138.56 |
| 94. Remove Additional charge for high roof (2 stories or greater) | 2.10 SQ | 3.43 | 0.00 | 0.00 | 2.16 | 9.36 |
| 95. Additional charge for high roof (2 stories or greater) | 2.31 SQ | 0.00 | 14.63 | 0.00 | 10.14 | 43.94 |
| Totals: Flat Metal 6 | | | | 67.05 | 968.04 | 4,194.70 |

### Flat Metal 7



209.62 Surface Area        2.10 Number of Squares
68.12 Total Perimeter Length

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 96. Remove Standing seam metal roofing | 209.62 SF | 0.33 | 0.00 | 0.00 | 20.76 | 89.93 |
| 97. Standing seam metal roofing | 230.58 SF | 0.00 | 4.86 | 39.57 | 348.06 | 1,508.25 |
| 98. Remove Wall/roof panel - corrugated - 26 gauge | 209.62 SF | 0.33 | 0.00 | 0.00 | 20.76 | 89.93 |
| 99. Wall/roof panel - corrugated - 26 gauge | 230.58 SF | 0.00 | 2.73 | 21.50 | 195.30 | 846.28 |
| 100. Prime & paint metal roofing | 209.62 SF | 0.00 | 0.60 | 3.80 | 38.88 | 168.45 |
| Corrugated is painted blue to match the standing seam, and is installed as a soffit. | | | | | | |
| 101. Painting (Prep, Prime and Paint Steel Supports and structure @ Metal Roof) | 1.00 EA | 0.00 | 1,000.00 | 0.00 | 300.00 | 1,300.00 |
| 102. Mask and prep for paint - plastic, paper, tape (per LF) | 120.00 LF | 0.00 | 0.87 | 2.18 | 31.98 | 138.56 |
| 103. Remove Additional charge for high roof (2 stories or greater) | 2.10 SQ | 3.43 | 0.00 | 0.00 | 2.16 | 9.36 |
| 104. Additional charge for high roof (2 stories or greater) | 2.31 SQ | 0.00 | 14.63 | 0.00 | 10.14 | 43.94 |
| Totals: Flat Metal 7 | | | | 67.05 | 968.04 | 4,194.70 |



**InsuranceBusters.net**

902 51st
Galveston, Texas 77551
(877) 41-2BUST

### Flat Metal 8

209.62 Surface Area     2.10 Number of Squares
68.12 Total Perimeter Length

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 105. Remove Standing seam metal roofing | 209.62 SF | 0.33 | 0.00 | 0.00 | 20.76 | 89.93 |
| 106. Standing seam metal roofing | 230.58 SF | 0.00 | 4.86 | 39.57 | 348.06 | 1,508.25 |
| 107. Remove Wall/roof panel - corrugated - 26 gauge | 209.62 SF | 0.33 | 0.00 | 0.00 | 20.76 | 89.93 |
| 108. Wall/roof panel - corrugated - 26 gauge | 230.58 SF | 0.00 | 2.73 | 21.50 | 195.30 | 846.28 |
| 109. Prime & paint metal roofing | 209.62 SF | 0.00 | 0.60 | 3.80 | 38.88 | 168.45 |

Corrugated is painted blue to match the standing seam, and is installed as a soffit.

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 110. Painting (Prep, Prime and Paint Steel Supports and structure @ Metal Roof) | 1.00 EA | 0.00 | 1,000.00 | 0.00 | 300.00 | 1,300.00 |
| 111. Mask and prep for paint - plastic, paper, tape (per LF) | 120.00 LF | 0.00 | 0.87 | 2.18 | 31.98 | 138.56 |
| 112. Remove Additional charge for high roof (2 stories or greater) | 2.10 SQ | 3.43 | 0.00 | 0.00 | 2.16 | 9.36 |
| 113. Additional charge for high roof (2 stories or greater) | 2.31 SQ | 0.00 | 14.63 | 0.00 | 10.14 | 43.94 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals: Flat Metal 8 | | | | 67.05 | 968.04 | 4,194.70 |
| Total: Main Level | | | | 12,337.63 | 123,423.60 | 534,834.32 |

### Exterior

**Exterior**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 114. R&R Solar electric panel | 7.00 EA | 97.41 | 1,247.78 | 492.97 | 2,972.80 | 12,882.10 |

Each pole has a Solar Panel attached to the top to manufacture it's own power. All are damaged.

| | | | | | | |
|---|---|---|---|---|---|---|
| Total: Exterior | | | | 492.97 | 2,972.80 | 12,882.10 |

**InsuranceBusters.net**

902 51st  
Galveston, Texas 77551  
(877) 41-2BUST

### Exterior Items            Height: 8'

Exterior Items

| | |
|---|---|
| 4,344.26 SF Walls | 14,554.20 SF Ceiling |
| 18,898.46 SF Walls & Ceiling | 14,554.20 SF Floor |
| 1,617.13 SY Flooring | 543.03 LF Floor Perimeter |
| 543.03 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 115. R&R Mercury vapor security light | 1.00 EA | 9.04 | 113.74 | 4.72 | 38.26 | 165.76 |
| 116. Seal block with masonry sealer | 4,344.26 SF | 0.00 | 0.56 | 100.35 | 759.94 | 3,293.08 |
| 117. Paint masonry | 4,344.26 SF | 0.00 | 0.52 | 86.02 | 703.50 | 3,048.54 |
| 118. Clean the walls with pressure steam | 4,344.26 SF | 0.00 | 0.62 | 348.39 | 824.16 | 3,865.99 |
| 119. Mask and prep for paint - plastic, paper, tape (per LF) | 1,629.10 LF | 0.00 | 0.87 | 29.57 | 434.08 | 1,880.97 |
| 120. R&R Synthetic stucco repair | 840.00 SF | 0.48 | 3.53 | 76.23 | 1,033.38 | 4,478.01 |
| 121. Stucco color coat (Redash) - Synthetic | 840.00 SF | 0.00 | 1.93 | 35.34 | 496.96 | 2,153.50 |
| 122. Scaffold - per section (per week) | 16.00 WK | 0.00 | 48.00 | 0.00 | 230.40 | 998.40 |
| 123. Scaffolding Setup & Take down - per hour | 40.00 HR | 0.00 | 25.71 | 0.00 | 308.52 | 1,336.92 |
| 124. Commercial sign | 1.00 EA | 0.00 | 2,000.00 | 0.00 | 600.00 | 2,600.00 |
| This is to seal and repaint the Front Sign Assembly. | | | | | | |
| 125. Painting (Balusters) | 5.00 EA | 0.00 | 100.00 | 0.00 | 150.00 | 650.00 |
| Includes paint, labor, and masking material to paint the hail damaged yellow balusters. | | | | | | |
| 126. Painting (Sign Poles) | 7.00 EA | 0.00 | 300.00 | 0.00 | 630.00 | 2,730.00 |
| Includes paint, labor, and masking material to paint the hail damaged light poles. | | | | | | |
| 127. Parking lights - metal halide, 250 watt (pole mount) | 7.00 EA | 0.00 | 415.24 | 122.19 | 908.66 | 3,937.53 |
| 128. Painting (Stairwell) | 1.00 EA | 0.00 | 400.00 | 0.00 | 120.00 | 520.00 |
| Includes paint, labor, and masking material to paint the hail damaged stairwell. Also includes detach and reset with Job site lift. (Stait has to be removed to properly install parapet roof and flashing. | | | | | | |
| 129. Painting (Dumpster Enclosure) | 1.00 EA | 0.00 | 400.00 | 0.00 | 120.00 | 520.00 |
| Paint hail damaged steel posts at enclosure. | | | | | | |
| Totals: Exterior Items | | | | 802.81 | 7,357.86 | 32,178.70 |
| Total: Exterior | | | | 1,295.78 | 10,330.66 | 45,060.80 |

**Interior**

**InsuranceBusters.net**

902 51st
Galveston, Texas 77551
(877) 41-2BUST

| Minimal Known Interior Repairs | | | | | | Height: 8' |
|---|---|---|---|---|---|---|
| | 4,356.44 SF Walls | | | 14,706.90 SF Ceiling | | |
| Minimal Known Interior Repairs | 19,063.34 SF Walls & Ceiling | | | 14,706.90 SF Floor | | |
| | 1,634.10 SY Flooring | | | 544.55 LF Floor Perimeter | | |
| | 544.55 LF Ceil. Perimeter | | | | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 130. Floor protection - cloth - skid resistant, leak proof | 1,470.69 SF | 0.76 | 0.00 | 38.83 | 346.96 | 1,503.51 |
| 131. Content Manipulation charge - per hour | 32.00 HR | 0.00 | 25.71 | 0.00 | 246.82 | 1,069.54 |
| 132. R&R Suspended ceiling tile - 2' x 4' | 1,470.69 SF | 0.13 | 1.29 | 104.35 | 657.82 | 2,850.55 |
| 133. R&R Batt insulation - 10" - R30 - unfaced batt | 1,470.69 SF | 0.26 | 1.14 | 99.49 | 647.54 | 2,806.00 |
| 134. Final cleaning - construction - Commercial | 14,706.90 SF | 0.00 | 0.12 | 189.28 | 529.44 | 2,483.55 |
| Totals: Minimal Known Interior Repairs | | | | 431.95 | 2,428.58 | 10,713.15 |
| Total: Interior | | | | 431.95 | 2,428.58 | 10,713.15 |
| Line Item Totals: IBN_RED_ARMA_NORTH | | | | 14,400.48 | 142,065.38 | 616,387.10 |

| Additional Charges | Charge |
|---|---|
| Permit | 500.00 |
| **Additional Charges Total** | **$500.00** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 8,700.70 | SF Walls | 29,261.10 | SF Ceiling | 37,961.79 | SF Walls and Ceiling |
| 29,261.10 | SF Floor | 3,251.23 | SY Flooring | 1,087.59 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 1,087.59 | LF Ceil. Perimeter |
| 29,261.10 | Floor Area | 29,624.52 | Total Area | 8,700.70 | Interior Wall Area |
| 11,862.90 | Exterior Wall Area | 1,092.92 | Exterior Perimeter of Walls | | |
| 16,907.89 | Surface Area | 169.08 | Number of Squares | 2,326.67 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

**InsuranceBusters.net**

902 51st
Galveston, Texas 77551
(877) 41-2BUST

## Summary

| | |
|---|---:|
| Line Item Total | 459,921.24 |
| Permit | 500.00 |
| Material Sales Tax | 13,527.69 |
| Cleaning Mtl Tax | 53.76 |
| Storage Rental Tax | 47.29 |
| Subtotal | 474,049.98 |
| Overhead | 71,107.69 |
| Profit | 71,107.69 |
| Cleaning Sales Tax | 771.74 |
| **Replacement Cost Value** | **$617,037.10** |
| **Net Claim** | **$617,037.10** |

Cal Spoon

**InsuranceBusters.net**

902 51st
Galveston, Texas 77551
(877) 41-2BUST

## Recap of Taxes, Overhead and Profit

| | Overhead (15%) | Profit (15%) | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) |
|---|---|---|---|---|---|---|---|
| **Line Items** | 71,032.69 | 71,032.69 | 13,527.69 | 53.76 | 771.74 | 0.00 | 47.29 |
| **Additional Charges** | 75.00 | 75.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | 71,107.69 | 71,107.69 | 13,527.69 | 53.76 | 771.74 | 0.00 | 47.29 |

**InsuranceBusters.net**

902 51st
Galveston, Texas 77551
(877) 41-2BUST

## Recap by Room

| | | |
|---|---:|---:|
| **Estimate: IBN_RED_ARMA_NORTH** | 19,561.17 | 4.25% |
| **Area: Main Level** | 50,532.00 | 10.99% |
| Main Roof | 320,104.60 | 69.60% |
| Flat Metal Awning | 3,159.61 | 0.69% |
| Flat Metal 1 | 3,159.61 | 0.69% |
| Flat Metal 2 | 3,159.61 | 0.69% |
| Flat Metal 3 | 3,159.61 | 0.69% |
| Flat Metal 4 | 3,159.61 | 0.69% |
| Flat Metal 5 | 3,159.61 | 0.69% |
| Flat Metal 6 | 3,159.61 | 0.69% |
| Flat Metal 7 | 3,159.61 | 0.69% |
| Flat Metal 8 | 3,159.61 | 0.69% |
| Area Subtotal: Main Level | 399,073.09 | 86.77% |
| **Area: Exterior** | 9,416.33 | 2.05% |
| Exterior Items | 24,018.03 | 5.22% |
| Area Subtotal: Exterior | 33,434.36 | 7.27% |
| **Area: Interior** | | |
| Minimal Known Interior Repairs | 7,852.62 | 1.71% |
| Area Subtotal: Interior | 7,852.62 | 1.71% |
| **Subtotal of Areas** | 459,921.24 | 100.00% |
| **Total** | 459,921.24 | 100.00% |

**InsuranceBusters.net**

902 51st
Galveston, Texas 77551
(877) 41-2BUST

## Recap by Category

| O&P Items | Total | % |
|---|---:|---:|
| ACOUSTICAL TREATMENTS | 1,897.19 | 0.31% |
| CONT: GARMENT & SOFT GOODS CLN | 2,683.80 | 0.43% |
| CLEANING | 4,458.27 | 0.72% |
| CONTENT MANIPULATION | 1,395.98 | 0.23% |
| GENERAL DEMOLITION | 67,405.80 | 10.92% |
| ELECTRICAL | 1,303.80 | 0.21% |
| ELECTRICAL - SPECIAL SYSTEMS | 9,348.71 | 1.52% |
| MISC. EQUIPMENT - COMMERCIAL | 2,000.00 | 0.32% |
| HEAVY EQUIPMENT | 13,627.92 | 2.21% |
| HEAT, VENT & AIR CONDITIONING | 79,132.86 | 12.82% |
| INSULATION | 1,676.59 | 0.27% |
| LABOR ONLY | 3,472.80 | 0.56% |
| LIGHT FIXTURES | 3,020.42 | 0.49% |
| METAL STRUCTURES & COMPONENTS | 15,750.90 | 2.55% |
| PLUMBING | 5,422.25 | 0.88% |
| PAINTING | 20,580.66 | 3.34% |
| ROOFING | 125,957.76 | 20.41% |
| SCAFFOLDING | 2,676.40 | 0.43% |
| STEEL COMPONENTS | 93,522.73 | 15.16% |
| STUCCO & EXTERIOR PLASTER | 4,586.40 | 0.74% |
| **O&P Items Subtotal** | 459,921.24 | 74.54% |
| Permits and Fees | 500.00 | 0.08% |
| Material Sales Tax | 13,527.69 | 2.19% |
| Cleaning Mtl Tax | 53.76 | 0.01% |
| Storage Rental Tax | 47.29 | 0.01% |
| Overhead | 71,107.69 | 11.52% |
| Profit | 71,107.69 | 11.52% |
| Cleaning Sales Tax | 771.74 | 0.13% |
| **Total** | **617,037.10** | **100.00%** |

*Please respond to any denials in writing, and address the item specifically.*

*Please be advised, this document shall constitute a Reasonable Demand on the part of the insured. This document shall also act as a proper proof of loss for the extent of the known damages, and shall be deemed as properly executed as if by the insured themselves.*

*If there are any questions, please contact us at any of the given numbers on the Header.*



Main Level



Exterior Items

Exterior



Interior