**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | |
|---|---|
| **RED ARMADILLO, LTD.,** ) | |
| Plaintiff, ) | |
| vs. ) | No. 1:15-CV-0165-P-BL |
| ) | |
| **THE HANOVER INSURANCE** ) | |
| **COMPANY,** ) | |
| Defendant. ) | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

On November 25, 2015, the assigned Magistrate Judge issued a Report and Recommendation (doc. 10) in which he recommends that the Court administratively close this case rather than abate it. No party has filed any objection to the recommendation. After reviewing the relevant filings, including the Report and Recommendation, in accordance with 28 U.S.C. § 636(b)(1), the undersigned is of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are accepted as the findings and conclusions of the Court. Accordingly, the Court **ACCEPTS** the Report and Recommendation (doc. 10) and will administratively close this action by separate order.

**SIGNED this 25th day of January, 2016.**

_____
**JORGE A. SOLIS**
**UNITED STATES DISTRICT JUDGE**